IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

LINDA SEGREST, d/b/a Fannin Grocery,  )
  )
    Plaintiff,  )
v.  )  CASE NO. 3:03-cv-068-MEF
  )
UNITED STATES DEPARTMENT OF  )
AGRICULTURE, FOOD AND  )
NUTRITION SERVICE,  )
  )
    Defendant.  )

# O R D E R

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 1, 2006 (Doc. #59), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the defendant's motion for summary judgment (Doc. #55) is GRANTED and that plaintiff's claims are DISMISSED with prejudice.

DONE this the 20th day of June, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE